**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6696**

ALFONZA HARDY GREENHILL,

Plaintiff - Appellant,

v.

HAROLD W. CLARKE, Director of the State of Virginia Department of Corrections; A. DAVID ROBINSON, Chief of Corrections Operations of the State of Virginia Department of Corrections; EARL BARKSDALE, Warden of Red Onion State Prison,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, District Judge. (7:16-cv-00068-JPJ-RSB)

Submitted: October 17, 2017                    Decided: October 31, 2017

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alfonza Hardy Greenhill, Appellant Pro Se. Laura Haeberle Cahill, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Mary Grace Miller, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alfonza Hardy Greenhill appeals the district court's order adopting the magistrate judge's report and denying his motion for a preliminary injunction. We have reviewed the record and conclude that the district court did not abuse its discretion in denying the motion.[*] *See Dewhurst v. Century Aluminum Co.*, 649 F.3d 287, 290 (4th Cir. 2011) (stating standard of review). Accordingly, we affirm the district court's order. *Greenhill v. Clarke*, No. 7:16-cv-00068-JPJ-RSB (W.D. Va. May 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] By this disposition, we express no opinion as to the ultimate merits of Greenhill's claims.